IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| REDDIE HOUSTON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16cv539 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Christine A. Nowak. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Petitioner filed objections.

After reviewing the Report and Recommendation and conducting a *de novo* review of Petitioner's objections, the Court concludes the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. In his objections, Petitioner fails to show the Fifth Circuit has given him permission to file a successive petition; accordingly, this Court does not have subject matter jurisdiction to consider the petition. It is therefore

**ORDERED** the petition for writ of habeas corpus is **DISMISSED** without prejudice as successive. It is further

**ORDERED** all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 15th day of August, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE